IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  09-33770 |
| LISA ANN CASSEL | ) | S.S.# xxx-xx-6901 |
| | ) | |
| Debtor. | ) | Chapter 7 Bankruptcy |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

Comes now Rebecca Hoyt Fischer and respectfully represents and shows:

1. That I am the Trustee for the estate of the above-named Debtor.

2. That pursuant to the Claims Distribution Summary, I made distribution to the persons named and in the amount set out therein.

3. That one of the distribution payment checks, namely Check No. 109, dated October 5, 2010, in the amount of $17.47 was mailed to the payee thereof, namely PRA Receivables Management, LLC.

4. That said check has never been presented for payment and is therefore stale, and pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and accordingly I am tendering herewith my Check No. 111 in said amount payable to the Clerk, U.S. Bankruptcy Court.

DATED:  January 11, 2011

/s/ Rebecca Hoyt Fischer
Rebecca Hoyt Fischer, Trustee
112 West Jefferson Blvd., Ste. 310
South Bend, IN 46601
Telephone: (507) 284-2354
Facsimile: (574) 284-2356
rebecca@ladfislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2011, service of a true and complete copy of the above document was served by:

U.S. Trustee
USTRegion10.SO.ECF@usdoj.gov

PRA Receivables, LLC
P.O. Box 12914
Norfolk, VA  23541

Steven J. Glaser
Glaser.Bankruptcy@verizon.net

United States Bankruptcy Court
401 S. Michigan Street
South Bend,  IN  46601
/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer